# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff/Respondent, § | |
| § | |
| V. § | CR. No. C-05-52(1) |
| § | C.A. No. C-06-144 |
| GILBERTO RODRIGUEZ-LOPEZ, § | |
| § | |
| Defendant/Movant. § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Gilberto Rodriguez-Lopez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 21st day of December, 2006.

_____
Janis Graham Jack
United States District Judge